UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JERRY THOMPSON,

        Plaintiff,

    v.

INSURANCE AND BENEFITS TRUST/COMMITTEE PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA, et. al.,

        Defendants.

NO. 2:08-cv-0650 FCD GGH

<u>REFERRAL ORDER</u>

----oo0oo----

    Pursuant to Eastern District Local Rule 72-302(a), the undersigned hereby specifically refers the instant case to a magistrate judge, for the limited purpose of review and approval/disapproval of the IFP application filed on March 25, 2008.

    IT IS SO ORDERED.

DATED: July 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE