Michael A. Vanic, Esq. (SBN: 73486)
mikevanic@reish.com
Joseph C. Faucher, Esq. (SBN: 137353)
joefaucher@reish.com
Pascal Benyamini, Esq. (SBN: 203883)
pascalbenyamini@reish.com
**REISH LUFTMAN REICHER & COHEN**
11755 Wilshire Boulevard, 10th Floor
Los Angeles, CA 90025-1539
Telephone Number: (310) 478-5656
Facsimile Number: (310) 478-5831

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY THOMPSON, | CASE NO.: 2:08-CV-00650-FCD-GGH |
| Plaintiff, | *Hon. Frank C. Damrell, Jr.* |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| INSURANCE AND BENEFITS TRUST/COMMITTEE PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA, PEACE OFFICERS RESEARCH OF CALIFORNIA, and DOES 1 to 100, | (Fed.R.Civ.P. 12(a)) |
| Defendant(s). | |

WHEREAS, the current deadline to file a responsive pleading to the Complaint in this action is October 27, 2008;

WHEREAS, on October 24, 2008, Defendants Insurance and Benefits Trust/Committee Peace Officers Research Association of California and Peace Officers Research Association of California ("PORAC"), substituted Michael A. Vanic, Joseph C. Faucher and Pascal Benyamini of Reish Luftman Reicher & Cohen in the place and stead of Lori A. Nord of McCarthy Johnson & Miller Law Corporation as new counsel of record.

1

WHEREAS, Plaintiff Jerry Thompson ("Plaintiff") and Defendants PORAC, by and through their respective attorneys of record, have agreed to a short extension of time within which to respond to the Complaint in this action;

WHEREAS, given that Defendants have new counsel, the parties wish to extend the time up to and including November 11, 2008, within which a responsive pleading to the Complaint must be filed;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiffs' Complaint must be filed by both defendants is extended to November 11, 2008.

IT IS SO STIPULATED.

REISH LUFTMAN REICHER & COHEN

Dated: October 27, 2008        By: /s/ Pascal Benyamini
                                   PASCAL BENYAMINI
                                   For Defendants Insurance and Benefits
                                   Trust/Committee Peace Officers Research
                                   Association of California, Peace Officers
                                   Research Association of California

DAVID ALLEN & ASSOCIATES

Dated: October 27, 2008        By: /s/ David Allen
                                   DAVID ALLEN
                                   For Plaintiff Jerry Thompson

**ORDER**

Based on the foregoing Stipulation for Extension of Time to Respond to Complaint and good cause appearing, IT IS SO ORDERED that the Stipulation is APPROVED.

Dated: October 27, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE