1   Michael A. Vanic, Esq. (SBN: 73486)
    mikevanic@reish.com
2   Joseph C. Faucher, Esq. (SBN: 137353)
    joefaucher@reish.com
3   Pascal Benyamini, Esq. (SBN: 203883)
    pascalbenyamini@reish.com
4   **REISH LUFTMAN REICHER & COHEN**
    11755 Wilshire Boulevard, 10th Floor
5   Los Angeles, CA 90025-1539
    Telephone Number: (310) 478-5656
6   Facsimile Number: (310) 478-5831

7   Attorneys for Defendants Insurance and Benefits Trust of Peace Officers Research
    Association of California and Peace Officers Research Association of California

8

9

10

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13

    JERRY THOMPSON,                     )   CASE NO.: 2:08-CV-00650-FCD-GGH
14                                      )
                Plaintiff,              )        *Hon. Frank C. Damrell, Jr.*
15                                      )
           vs.                         )   ORDER RE STIPULATION REGARDING
16                                      )   TRIAL ON THE ADMINISTRATIVE
    INSURANCE AND BENEFITS             )   RECORD
17   TRUST/COMMITTEE PEACE OFFICERS     )
    RESEARCH ASSOCIATION OF            )
18   CALIFORNIA, PEACE OFFICERS         )
    RESEARCH OF CALIFORNIA, and DOES 1 )
19   to 100,                            )
                                        )
20              Defendant(s).           )
                                        )
21

22                              **ORDER**

23   The parties having stipulated thereto, it is hereby ordered:

24          a.    The parties must file their respective Opening Briefs Regarding Trial on

25                the Administrative Record, as well as any and all Declarations attaching

26                the documents comprising the Administrative Record, on or before August

27                10, 2009;

28          b.    The parties must file their respective Responses To Opening Briefs

                                        1

1                         Regarding Trial on the Administrative Record on or before August 24,

2                         2009;

3        c.    The parties must file their respective Replies to Oppositions, if any, on or

4                         before September 9, 2009;

5        d.    A hearing on the Trial on the Administrative Record shall take place on

6                         **September 18, 2009, at 1:30 p.m.**

7        e.    The Motion Hearing Schedule, Final Pretrial Conference date and Trial

8                         date established by this Court's Status (Pretrial Scheduling) Order filed

9                         November 14, 2008 are hereby vacated.

10

11 DATED: February 12, 2009

12

13                         FRANK C. DAMRELL, JR.

                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER RE STIPULATION RE: TRIAL ON THE
ADMINISTRATIVE RECORD
2-08-CV-00650-FCD-GGH-Order Re Stip_v1.WPD